
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 03 C 7249 | **DATE** | 7/6/2004 |
| **CASE TITLE** | Dawn L. Behrens vs. Silliker Laboratories, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that plaintiff's case be dismissed with prejudice for want of prosecution and that defendant's counterclaim be dismissed with prejudice is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 3 number of notices | **Document Number** |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | JUL 0 7 2004 date docketed | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | 12 |
| | Mail AO 450 form. | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 7/6/2004 date mailed notice | |
| IS | courtroom deputy's initials | 2004 JUL -6 PM 3:49 Date/time received in central Clerk's Office | IS mailing deputy initials |

U.S. DISTRICT COURT CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAWN L. BEHRENS, ) | Case No. 03 C 7249 |
| ) Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| v. ) | |
| ) | Magistrate Judge |
| SILLIKER LABORATORIES, INC., ) | Martin C. Ashman |
| ) Defendant. ) | |

DOCKETED JUL 07 2004

## REPORT AND RECOMMENDATION

This case originally came before the Court on Defendant's motion to compel production of documents. The motion was granted, but Plaintiff failed to respond. Plaintiff has also failed to appear for status hearings. For the following reasons, the Court finds that Plaintiff's case should be dismissed for want of prosecution.

Plaintiff Dawn L. Behrens brought suit against Defendant Silliker Laboratories, Inc., alleging discrimination on the basis of disability in violation of the ADA and violation of ERISA. On June 8, 2004, Defendant filed a motion to compel, seeking an order compelling Plaintiff to respond to discovery requests that were over three months past due. The Court granted the motion on June 15, 2004, and ordered Plaintiff to respond within fourteen days. The Court informed Plaintiff in its order that a failure to respond may result in the dismissal of the lawsuit. Plaintiff failed to respond. On June 30, 2004, the Court held a status hearing and ascertained that Plaintiff had not responded to the outstanding discovery requests as ordered. Plaintiff has not appeared in court to oppose the motion to compel nor to attend court at status hearings.

12

Under Federal Rule of Civil Procedure 41, the court may dismiss an action for failure of the plaintiff to prosecute or to comply with the rules or the court's orders. Dismissal of a case "is one of the tools available to district courts 'to achieve the orderly and expeditious disposition of cases.'" *Williams v. Chic. Bd. of Educ.*, 155 F.3d 853, 857 (7th Cir. 1998) (*quoting Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)). However, because dismissal is such a harsh sanction, it "should be used 'only in extreme situations, when there is a clear record of delay or contumacious conduct, or when other less drastic sanctions have proven unavailing.'" *Id.* (*quoting Dunphy v. McKee*, 134 F.3d 1297, 1299 (7th Cir. 1998) (citations omitted)).

Plaintiff's actions cause us to reach the conclusion that this case should be dismissed for failure to prosecute. Plaintiff has failed to answer discovery as required, even after this Court entered an order that she must respond to the discovery. Plaintiff was warned that a failure to respond would result in the dismissal of the case. Plaintiff has delayed and directly disregarded this Court's order and has failed to attend status hearings. She has, by these omissions, indicated her disinterest in her case.

Therefore, for the reasons discussed above, we recommend that Plaintiff's case be dismissed with prejudice for want of prosecution. Additionally, we recommend that Defendant's counterclaim be dismissed with prejudice.

Dated: July 6, 2004.

MARTIN C. ASHMAN
United States Magistrate Judge

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Joan B. Gottschall within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

| | |
|---|---|
| STEPHEN R. AYRES, Esq. | REX L. SESSIONS, Esq. |
| Bellande, Cheely, O'Flaherty, Sargis | KEVIN M. CLOUTIER, Esq. |
| & Ayres | Winston & Strawn, L.L.P. |
| 19 South LaSalle Street | 35 West Wacker Drive |
| Suite 1203 | Chicago, IL 60601 |
| Chicago, IL 60603 | |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |